# EXHIBIT E

Ronald Mazzaferro
P. O. Box 147
El Verano, CA 95433
(916) 602 7418

July 13, 2023

Anthony Russo United States Certified Mail Return Receipt #: 7021 0350 0002 1482 8524

Millie Book United States Certified Mail Receipt#: 7021 0350 0002 1482 8521

Anthony Russo
Revenue Officer
Employer ID #: 1001240702
Internal Revenue Service
4830 Business Center Drive, Suite 250
Fairfield, CA 94534
Phone: (510) 907 5390

Millie Book
Internal Revenue Service
Office of Chief Trial Counsel
Mail Stop SA-2801
4330 Watt Avenue, Suite 340
Sacramento, CA 95821-7012

Re:   Response to July 7, 2023 Letter from Millie Book in relation to Anthony Russo May 18,
      2023 summonses which summonses were responded to via United States Certified Mail #
      7022 0410 0000 6315 5291

      To Millie Book;

      Regarding your attached hereto as **Exhibit 1**, (further reference to **Exhibits** are attached
hereto), July 7, 2023 letter referring to Anthony Russo summonses; the **Exhibit 2** United States
Postal Service Certified Mail Tracking of United States Certified Mail Receipt # 7022 0410 0000
6315 5291 demonstrates that on May 22, 2023 at 12:20 p. m. Antony Russo was delivered my
**Exhibit 3** summonses response with the affixed thereon **Exhibit 2** United States Certified Mail
Return Receipt #: 7022 0410 0000 6315 5291.

      Thank you for your anticipated cooperation.

      Ronald Mazzaferro

1

# Exhibit 1



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
OFFICE OF CHIEF COUNSEL
SMALL BUSINESS/SELF-EMPLOYED DIVISION COUNSEL
SUITE 340, SA-2801
4330 WATT AVENUE
SACRAMENTO, CA 95821-7012
E-FAX (855) 707-5580

CC:SB:7:SAC:GL-112540-23
MMBook/smo

July 7, 2023

Via Regular Mail &
Certified Mail

Ronald Mazzaferri aka
Ronald Mazzaferro
19235 Robinson Road
Sonoma, CA 95476

In re: Summonses served on May 18, 2023

Dear Mr. Mazzaferri:

The Small Business/Self-Employed Area of the Internal Revenue Service has notified our office that you did not comply with the provisions of the summonses served on you on May 18, 2023. Under the terms of the summonses you were required to appear before Revenue Officer Anthony Russo on June 14, 2023 and provide the documents and information as requested by the summonses.

Legal proceedings may be brought against you in the United States District Court for not complying with the summonses. To avoid such proceedings, you are to contact Revenue Officer Anthony Russo at the date & time below:

Name: Anthony Russo
Date: July 18, 2023
Time: 8:00 A.M.
Telephone: (707) 646-7270

Any books, records, or other documents called for in the summonses should be faxed to Anthony Russo at (866) 737-2247. If you have any questions, please contact Revenue Officer Russo at (707) 646-7270.

Sincerely,

MILLIE BOOK
Paralegal Specialist

Enclosures (2):
Summons – Income Tax Return, served on May 18, 2023
Summons – Collection Information Statement, served on May 18, 2023

cc: Revenue Officer Anthony Russo via email (w/o enclosures)

# Summons
# Income Tax Return

In the matter of   RONALD MAZZAFERRI, PO BOX 536, EL VERANO, CA 95433-0536

Internal Revenue Service *(Identify Division)*   SMALL BUSINESS/SELF EMPLOYED

Industry/Area *(Identify by number or name)*   Small Business / Self Employed

Periods:   Form 1040 for the calendar periods ending December 31, 2016, December 31, 2017 and December 31, 2018

**The Commissioner of Internal Revenue**

To:   RONALD MAZZAFERRI AKA RONALD MAZZAFERRO

At:   19235 ROBINSON ROAD, SONOMA, CA 95476

You are hereby summoned and required to appear before, an Internal Revenue Service ANTHONY RUSSO *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control about income you received for the years
   2016, 2017, 2018, 2019, 2020 and 2021

These records and documents include, but are not limited to: Forms W-2 *(Wage and Tax Statement)*, Forms 1099 for interest and dividend income, employee earnings statements, and records of deposit with banks or other financial institutions.

Also include all other books, records, documents and receipts for income from, but not limited to, the following sources: wages, salaries, tips, fees, commissions, interest, rents, royalties, alimony, state or local tax refunds, annuities, life insurance policies, endowment contracts, pensions, estates, trusts, discharge of indebtedness, distributive shares of partnership income, business income, gains from dealings in property, and any other compensation for services *(including receipt of property other than money)*.  Include all documents and records about any income you assigned to any other Person or entity.

IRS will use this information to prepare a federal income tax return for the following year(s) when you didn't file a return
   2016, 2017, 2018, 2019, 2020 and 2021

We have attached a blank return to guide you in producing the necessary documents and records.

---

## Do not write in this space

---

Business address and telephone number of IRS officer before whom you are to appear:
   4830 BUSINESS CENTER DRIVE,  SUITE 250,  FAIRFIELD  CA  94534  (707) 646-7270

**Place and time for appearance:** At  4830  BUSINESS  CENTER  DRIVE,  SUITE  250,  FAIRFIELD,  CA
94534
on the   14th day of   June,   2023 at   8:00 o'clock   am.

Issued under authority of the Internal Revenue Code this   day of  17th   ,  May   2023

| Signature of issuing officer | Title |
|---|---|
| ANTHONY RUSSO | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

Form **6638** (Rev. 6-2020)         Catalog Number 61828W         publish.no.irs.gov         Department of the Treasury – Internal Revenue Service
Original – to be kept by IRS

# Certificate of Service of Summons
## (Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date 5-18-2023 | Time 11:17 am |
|---|---|

**How Summons Was Served**

☐ 1. I handed an attested copy of the summons to the person to whom it was directed.

_____

_____

☒ 2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.
I left the copy with the following person (if any).

Summons was attached to door in a sealed envelope addressed to the taxpayer with aka name

| Signature [signature] | Title Revenue Officer |
|---|---|

I certify that the copy of the summons served contained the required certification.

| Signature [signature] | Title Revenue Officer |
|---|---|

Form 6638 (Rev. 6-2020)          Catalog No. 61828W          publish.no.irs.gov          Department of the Treasury – Internal Revenue Service

## Summons
## Collection Information Statement

**In the matter of** __RONALD MAZZAFERRI, PO BOX 536, EL VERANO, CA 95433-0536__

**Internal Revenue Service** *(Identify Division)* _ SMALL BUSINESS/SELF EMPLOYED

**Industry/Area** *(Identify by number or name)* __Small Business / Self Employed__

**Periods:** __See Attachment 1 to Summons Form 6637 for Period Information__

**The Commissioner of Internal Revenue**

**To:** __RONALD MAZZAFERRI AKA RONALD MAZZAFERRO__

**At:** __19235 ROBINSON ROAD, SONOMA, CA 95476__

You are hereby summoned and required to appear before, an Internal Revenue Service ANTHONY RUSSO *(IRS)* officer, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From __05/18/2021__ To __05/16/2023__

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, stored value cards, online and mobile accounts, virtual currency, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

### Do not write in this space

---

**Business address and telephone number of IRS officer before whom you are to appear:**
__4830 BUSINESS CENTER DRIVE, SUITE 250, FAIRFIELD  CA 94534  (707) 646-7270__

**Place and time for appearance:** At __4830 BUSINESS CENTER DRIVE, SUITE 250, FAIRFIELD, CA 94534__

on the __14th__ day of __June,__ __2023__ at __8:00__ o'clock __am__.

**Issued under authority of the Internal Revenue Code this** __17th__ **day of** __May__ , __2023__

| Signature of issuing officer | Title |
|---|---|
| ANTHONY RUSSO | REVENUE OFFICER |
| Signature of approving officer *(if applicable)* | Title |

Form **6637** (Rev. 6-2020)            Catalog Number 25000Q            publish.no.irs.gov            Department of the Treasury – Internal Revenue Service
Original -- to be kept by IRS

## Attachment to Summons Form1 6637

In the matter of  **RONALD MAZZAFERRI**_____

Period information:  Form 1040 for the calendar periods ending December 31, 2002, December 31, 2004, December 31, 2005, December 31, 2006, December 31, 2007, December 31, 2008, December 31, 2009 and December 31, 2010

# Certificate of Service of Summons
### (Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date  5 -18- 2023 | Time  11:17 am |
|---|---|

**How Summons Was Served**

☐   1. I handed an attested copy of the summons to the person to whom it was directed

☒   2. I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed.
I left the copy with the following person *(if any)*.

*Summons was attached to the door in a sealed envelope addressed to the taxpayer with aka name*

| Signature  *[signature]* | Title  *Revenue Officer* |
|---|---|

---

I certify that the copy of the summons served contained the required certification.

| Signature  *[signature]* | Title  *Revenue Officer* |
|---|---|

Form 6637 (Rev. 6-2020)     Catalog No. 25000Q     publish.no.irs.gov     Department of the Treasury – Internal Revenue Service

# Exhibit 2

# USPS Tracking®

**FAQs** ❯

Tracking Number:                                   **Remove ✕**

# 70220410000063155291

Copy         Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to an individual at the address at 12:20 pm on May 22, 2023 in FAIRFIELD, CA 94534.

## Delivered

**Delivered, Left with Individual**

FAIRFIELD, CA 94534
May 22, 2023, 12:20 pm

**See All Tracking History**

---

**Text & Email Updates**                                       ⌄

---

**Product Information**                                       ⌄

**See Less ⌃**

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

Exhibit 3

Ronald Mazzaferro
P. O. Box 147
El Verano, CA 95433
(916) 602 7418

May 18, 2023

United States Certified Mail Return Receipt # 7022 0410 0000 6315 5291

Anthony Russo
Revenue Officer
Employer ID #: 1001240702
Internal Revenue Service
4830 Business Center Drive, Suite 250
Fairfield, CA 94534
Phone: (510) 907 5390

Re:     Response to Form 6638 and to Form 6637 Lacking OMB Numbers

Mr. Russo;

The Form 6638, **Exhibit A** attached hereto (all further Exhibit references are attached to this letter) and the Form 6637, **Exhibit B**, you delivered on May 18, 2023 to my home at 19235 Robinson Road, Sonoma California 95476, are unenforceable because each lack the mandatory Office of Management and Budget (OMB) control numbers required by Title 44 United States Code §3512. Public protection et. seq., which Title 44 United States Code §3502 Definitions defines the term "Director" as "(4) the term "Director" means the Director of the Office of Management and Budget", which is consistent with The Paperwork Reduction Act, Title 44 United States Code. 3501-3520, in particular §3512, and implementing regulation of Internal Revenue Manual 32.1.5.4.7.4.4(1)g. (11-18-2918), **Exhibit C** printed from the IRS website on May 18, 2023, and the CCDM 32.1.2.5, **Exhibit D**, also printed from the IRS website on May 18, 2023, all of which state in relevant part, ***and collectively demonstrate*** that the Form 6638, **Exhibit A**, and Form 6637, **Exhibit B**, which do not comply with the requirements of the foregoing cited Title 44 United States Code §3512 Public protection et. seq., Title 44 United States Code §3502, Title 44 United States Code §3512, implementing regulation of Internal Revenue Manual 32.1.5.4.7.4.4(1)g. (11-18-2918) and the CCDM 32.1.2.5, the Form 6638, **Exhibit A**, and the Form 6637, **Exhibit B**, are unenforceable as a matter of following law and regulations, to wit;

> **Title 44 United States Code §3502**
> **§3502. Definitions**
> As used in this subchapter-
> (4) the term "Director" means the Director of the Office of Management and Budget;
>
> **Title 44 United States Code §3512**
> **§3512. Public protection**
> (a) Notwithstanding any other provision of law, no person shall be subject to any penalty for failing to comply with a collection of information that is subject to this subchapter if-
>     (1) the collection of information does not display a valid control number assigned by

1

the Director in accordance with this subchapter; or
     (2) the agency fails to inform the person who is to respond to the collection of
information that such person is not required to respond to the collection of information
unless it displays a valid control number.
(b) The protection provided by this section may be raised in the form of a complete
defense, bar, or otherwise at any time during the agency administrative process or judicial
action applicable thereto.

**Internal Revenue Manual 32.1.5.4.7.4.4**
**32.1.5.4.7.4.4 (11-18-2019)**
**Paperwork Reduction Act**
(1) As discussed in CCDM 32.1.2.5, Applicability of Paperwork Reduction Act,
regulations containing a collection of information requirement are subject to the
Paperwork Reduction Act (PRA) (44 U.S.C. 3501-3520). Regulations not containing a
collection of information requirement are not subject to the PRA, and thus, are not
required to have a Paperwork Reduction Act heading. For regulations subject to the PRA,
the regulations must include text for the Paperwork Reduction Act heading that;
 a. Notifies the public that the agency submitted the collection of information requirement
to OMB;
b. Provides the OMB address where taxpayers should send comments on the collection of
information requirement and the IRS address where taxpayers may submit copies of the
comments;
c. Identifies specific collection of information matters on which the agency would like
taxpayers to submit comments;
d. Provides a description of and need for the collection of information requirement;
e. Identifies likely respondents;
f. Provides a burden estimate;
g. Notifies taxpayers that the collection of information requirement is not enforceable
unless it displays an OMB control number (see CCDM 32.1.2.5, Applicability of
Paperwork Reduction Act); and……..

**CCDM 32.1.2.5**
**Application of Paperwork Reduction Act**
(1) The Paperwork Reduction Act (44 U.S.C. 3501-3520) requires that, before any
information collection request in a regulation may be enforced, the agency
must:
a. Request and obtain OMB approval for the information collection request,
b. Explain in the information collection request how the information is to be
used,
c. State in the information collection request whether responses to the
request are voluntary, required to obtain a benefit, or mandatory, and
d. Display the OMB assigned control number on the information collection
request.

Thank you for your anticipated cooperation.

Ronald Mazzaferro

2