1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney
2  MICHELLE LO (NYRN 4325163)
   Chief, Civil Division
3  EKTA DHARIA (NYRN 5219860)
   Assistant United States Attorney
4
        450 Golden Gate Avenue
5       San Francisco, California 94102-3495
        Telephone: (415) 436-7276
6       Fax: (415) 436-6748
        ekta.dharia@usdoj.gov
7
   Attorneys for Petitioner
8  UNITED STATES OF AMERICA

9                       UNITED STATES DISTRICT COURT

10                     NORTHERN DISTRICT OF CALIFORNIA

11                           SAN FRANCISCO DIVISION

12
                                          ) Case No. 23-cv-5665
13  UNITED STATES OF AMERICA,             )
                                          )
14              Petitioner,               ) **ORDER TO SHOW CAUSE WHY INTERNAL**
                                          ) **REVENUE SERVICE SUMMONSES SHOULD**
15       v.                               ) **NOT BE ENFORCED**
                                          )
16  RONALD MAZZAFERRI                     )
    *a/k/a* RONALD MAZZAFERRO,            )
17                                        )
                Respondent.                )
18                                        )
                                          )
19

20

21

22

23

24

25

26

27

28

ORDER TO SHOW CAUSE
No. 23-cv-5665
                                         1

Good cause having been shown by Petitioner United States of America upon its petition filed in the above-entitled proceeding, it is hereby:

ORDERED that Respondent Ronald Mazzaferri a/k/a Ronald Mazzaferro appear before this Court on the 4th day of January 2024, at 1:30 p.m., in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon Respondent as alleged and set forth in particular in said petition; and it is further:

ORDERED that a copy of this Order to Show Cause, together with a copy of the aforesaid petition, be served upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure at least thirty-five (35) days before the return date of this Order above specified; and it is further:

ORDERED that within twenty-one (21) days before the return date of this order, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make, that Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order, that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this 7th day of November 2023.

_____
UNITED STATES MAGISTRATE JUDGE

ORDER TO SHOW CAUSE
No. 23-cv-5665

1