ISMAIL J. RAMSEY (CABN 189820)
United States Attorney
MICHELLE LO (NYRN 4325163)
Chief, Civil Division
EKTA DHARIA (NYRN 5219860)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102-3495
    Telephone: (415) 436-7276
    Fax: (415) 436-6748
    ekta.dharia@usdoj.gov

Attorneys for Petitioner
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 23-cv-5665 |
| Petitioner, | **ORDER CONTINUING ORDER SHOW CAUSE HEARING AND EXTENDING CORRESPONDING DEADLINES** |
| v. | |
| RONALD MAZZAFERRI *a/k/a* RONALD MAZZAFERRO, | |
| Respondent. | |

Good cause having been shown by Petitioner United States of America upon its petition and its administrative motion to continue the order to show cause hearing and for corresponding extension of the order to show cause deadlines, filed in the above-entitled proceeding, it is hereby:

ORDERED that Respondent Ronald Mazzaferri a/k/a Ronald Mazzaferro appear before this Court on the 6th day of February 2024, at 10:30 a.m., in Courtroom G, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, and then and there show cause, if any, why Respondent should not be compelled to appear and provide documents and testimony as required by the summonses heretofore served upon Respondent as alleged and set forth in particular in said petition; and it is further:

ORDERED that the deadline to serve a copy of this Order to Show Cause, together with a copy of the aforesaid petition, upon said Respondent in accordance with Rule 4 of the Federal Rules of Civil Procedure, at least thirty-five (35) days before the return date of this Order above specified; and it is further:

ORDERED that within twenty-one (21) days before the return date of this order, Respondent may file and serve a written response to the petition, supported by appropriate affidavit(s) or declaration(s) in conformance with 28 U.S.C. § 1746, as well as any motion Respondent desires to make, that Petitioner may file and serve a written reply to such response, if any, within fourteen (14) days before the return date of this Order, that all motions and issues raised by the pleadings will be considered on the return date of this Order, and only those issues raised by motion or brought into controversy by the responsive pleadings and supported by affidavit(s) or declaration(s) will be considered at the return of this Order, and any uncontested allegation in the petition will be considered admitted.

ORDERED this 30th day of November, 2023.

_____
LISA J. CISNEROS
UNITED STATES MAGISTRATE JUDGE

ORDER CONTINUING ORDER TO SHOW CAUSE HEARING AND EXTENDING CORRESPONDING DEADLINES
No. 23-cv-5665

1